UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | **CRAWLEY, DWAYNE ERIC** ) | Case No. _____ |
| | **CRAWLEY, GLORIA ANN** ) | |
| | aka Gloria Lee Crawley ) | |
| | **1043 Apple Blossom Lane** ) | Chapter 13 |
| | **Burlington, NC  27215** ) | |
| | ) | |
| | SS# xxx-xx-**5920** ) | |
| | SS# xxx-xx-**8768** ) | |
| | Debtor(s) ) | |

NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **November 13, 2014**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan.  The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Page 1

Case 14-11326    Doc 2    Filed 11/13/14    Page 1 of 9

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.   Plan Payments**

The plan proposes a payment of **$ 1,300.00** per month for a period of **36** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed; **provided, however, that the first two (2) monthly payments (for December, 2014 and January, 2015) shall be $1,000.00 each and the $1,300.00 per month payments shall begin with February, 2015 going forward.**

**II.   Administrative Costs**

   **1.   Attorney fees.**

   ☒   The Attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received **$ 500** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ☐   The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

   **2.   Trustee costs.**   The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. ′507 will be paid in full in deferred cash payments unless otherwise indicated.

   **1.   Domestic Support Obligations (ADSO@)**

   a.   ☒   None

   b.   The name, address, and phone number, including area code, of the holder of any DSO as defined in ′101(14A) is as follows:

| Name of DSO Claimant | Address, city & state | Zip code | Telephone number |
|---|---|---|---|
|  |  |  |  |

c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d. Arrearages owed to DSO claimants under 11 U.S.C. ' 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **IRS** | $ 1,210.00 |
| **NC Dept. Of Revenue** | $ 204.00 |
| | |

## IV. Secured Claims

**1. Real Property Secured Claims**

a. ☐ None

b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-Residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Ocwen Loan Servicing, LLC** | **1043 Apple Blossom Ln., Burlington, NC** | **R** | **N** | **$ 779.13** | **$6,233.85** | **T** |
| | | | | $ | $ | |
| | | | | $ | $ | |

Page 3

**2. Personal Property Secured Claims**

a. ☐ None

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per '1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Nicholas Financial, Inc.** | 2001 Ford Expendition | $ 2,985.00 | Y | $ 1,259.00 | $ 29.85 | $ 120.00 | Till % |
| **Mariner Finance, LLC** | 1993 Dodge Dakota | $ 978.00 | N | $ 1,664.67 | $ 0.00 | $ 30.00 | Till % |
| | | $ | | $ | $ | $ | % |

**NOTE:** Secured claim to Nicholas Financial, Inc. will be paid in full upon filing claim as a 910-claim.

**NOTE:** Debtors propose to "cram-down" the claim to Mariner Finance, LLC and pay only the secured portion of said claim.

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.
*To the extent that the valuation provisions of 11 U.S.C. ' 506 do **not** apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. ' 1325(a)(5)(A).*

**3. Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **None** | |
| | |
| | |

Page 4

### 4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. '522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **None** | |
| | |
| | |

### V. Co-Debtor Claims

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **None** | | % | $ |
| | | % | $ |
| | | % | $ |

### VI. General Unsecured Claims Not Separately Classified

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**-0-**__ %.

### VII. Executory Contracts/Leases

a. ☒ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |
| | |
| | |

c. The following executory contract and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

Page 5

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| | | $ | | $ | | $ |
| | | $ | | $ | | $ |
| | | $ | | $ | | $ |

**VIII. Special Provisions**

    a.    ☒    None

    b.    Other classes of unsecured claims and treatment
    _____
    _____

    c.    Other Special Terms
    _____
    _____

Date: <u>November 13, 2014</u>    /s/Daniel L. Hawkins
    Attorney for Debtors
    Address:  <u>P.O. Box 1379</u>
                <u>Graham, NC  27253</u>
    Telephone  <u>336-226-1008</u>
    State Bar No: <u>10358</u>

Page 6

Case 14-11326   Doc 2   Filed 11/13/14   Page 6 of 9

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: )
   **Dwayne Eric Crawley** ) **NOTICE TO CREDITORS**
   **Gloria Ann Crawley** ) **AND**
    ) **PROPOSED PLAN**
SS#   **xxx-xx-5920** )
SS#   **xxx-xx-8768** ) Case No. _____
                 Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**Alamance County Tax Collector**
**124 West Elm Street**
**Graham, NC 27253**

**Alamance Regional Medical Ctr.**
**P. O. Box 203**
**Burlington, NC 27216-0203**

**AT&T**
**P. O. Box 5083**
**Carol Stream, IL 60197-5083**

**Burlington Radiological Associates**
**P. O. Box 3169**
**Indianapolis, IN 46206**

**Burlington Surgical Associates, P.A.**
**1236 Huffman Mill Road, Suite 1500**
**Burlington, NC 27215**

**Cone Health Systems**
**P. O. Box 26580**
**Greensboro, NC 27415-6580**

**Credit Collection Services**
**P. O. Box 9136**
**Needham, MA 02494-9133**

**Duke Univ. Health Physicians**
Attn:  Correspondence
5213 S. Alston Avenue
Durham, NC 27713

**Duke University Health Systems**
Attn:  Correspondence
5213 S. Alston Avenue
Durham, NC 27713

**Eldon Specialities, Inc.**
821 E. Parker Street
Graham, NC 27253

**Employment Security Commission**
P. O. Box 25903
Raleigh, NC 27611

**Enhanced Recovery Co.**
P.O. Box 57547
Jacksonville, FL 32241

**FirstPoint Collection Resources, Inc.**
P. O. Box 26140
Greensboro, NC 27402-6140

**Franklin Collection Service**
2978 W. Jackson Street
Tupelo, MS 38803

**GM Financial**
P. O. Box 181145
Arlington, TX 76096-1145

**Healthshare Credit Union**
1200 N. Elm Street
Greensboro, NC 27401

**Internal Revenue Service**
P. O. Box 7346
Philadelphia, PA 19101-7346

**Lab Corp of America**
P. O. Box 2240
Burlington, NC 27216-2240

**Mariner Finance, LLC**
1803 S. Church Street
Burlington, NC 27215

**Nicholas Financial, Inc.**
2454 McMullen Booth Rd.
Bldg. C, Suite 501-B
Clearwater, FL 33759-1353

**Nicholas Financial, Inc.**
275 E. Parris Ave., Ste. 102
High Point, NC 27262-7726

**North Carolina Dept. of Revenue**
Bankruptcy Unit
P. O. Box 1168
Raleigh, NC 27602-1168

Ocwen Loan Servicing, LLC
Customer Service Dept.
P. O. Box 24738
West Palm Beach, FL 33416-4738

Online Collections
P.O. Box 1489
Winterville, NC 28590

Optimum Outcomes, Inc.
2651 Warrenville Road, Suite 500
Downers Grove, IL 60515

Receivables Performance
20816 44th Ave. West
Lynnwood, WA 98036

Security Financial Service
P.O. Box 3146
Spartanburg, SC 29304

Sprint Nextel
Attn: Bankruptcy Dept.
P. O. Box 7979
Overland Park, KS 66207-0949

Stern & Associates, P.A.
415 N. Edgeworth Street, Suite 210
Greensboro, NC 27401-2182

Time Warner Cable
Attn: Managing Agent
P. O. Box 35867
Greensboro, NC 27425

WebBank/Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

Date: November 13, 2014          /s/ Daniel L Hawkins
                                 Daniel L Hawkins 10358